UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESHAWN MALONE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>J. ABOYTES,<br><br>　　　　　Defendant. | Case No. 1:19-cv-01594-AWI-SKO (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS*, AND DISMISSING ACTION WITHOUT PREJUDICE**<br><br>(Docs. 2, 8) |

Plaintiff Deshawn Malone is a state prisoner proceeding *pro se* in this civil rights action under 42 U.S.C. § 1983. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 18, 2019, the assigned magistrate judge issued findings and recommendations to deny Plaintiff's motion to proceed *in forma pauperis*, (Doc. 2), because he has more than three "strikes" under 28 U.S.C. § 1915(g) and fails to show that he is in imminent danger of serious physical injury. (Doc. 8.) Plaintiff filed objections on December 2, 2019. (Doc. 9.) In his objections, Plaintiff does not dispute the strikes found by the magistrate judge; rather, he argues that the imminent danger exception to section 1915(g) should apply. (*See id.* at 2-3.)

Plaintiff's allegations do not meet the imminent danger exception. In his complaint, Plaintiff states that he was involved in a physical altercation with another inmate in June of 2019, which resulted in their being pepper sprayed. (Doc. 1 at 9-10.) Plaintiff alleges that the defendant

violated his Eighth Amendment rights because he "denied [Plaintiff] decontamination." (*Id.* at 4.) In his objections, Plaintiff states that he was pepper sprayed and denied decontamination on three prior occasions, the last one being in December of 2012. (Doc. 9 at 2-3.) Such allegations of past events spanning several years do not show that Plaintiff is in imminent, future danger of serious physical injury.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, the Court HEREBY ORDERS:

1. The findings and recommendations issued on November 18, 2019, (Doc. 8), are ADOPTED in full;
2. Plaintiff's motion to proceed *in forma pauperis*, (Doc. 2), is DENIED; and,
3. This action is DISMISSED without prejudice to refiling upon prepayment of the filing fee.

IT IS SO ORDERED.

Dated: January 17, 2020

SENIOR DISTRICT JUDGE